ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 16-1697C

(Filed: March 13, 2017)

FILED

MAR 13 2017

U.S. COURT OF
FEDERAL CLAIMS

| | )
|---|---|
| FAREED SEPEHRY-FARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

On December 22, 2016, plaintiff, Fareed Sepehry-Fard, submitted a complaint to the clerk of this court but neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*. The complaint was nonetheless filed. The filing fee still remains unpaid. In this circumstance, on February 27, 2017, plaintiff was ordered to show cause why the case should not be dismissed for failure to pay the filing fee. Plaintiff responded on March 10, 2017, contending that he was neither obligated to pay the filing fee or to seek leave to file his complaint in *forma pauperis* because a California statue provided a legal basis to avoid the filing fee. Pl.'s Resp. to Order to Show Cause, ECF No. 8. That position on plaintiff's part is unavailing. This is a federal court, not a California state court.

Plaintiff's complaint shall be DISMISSED for failing to pay the filing fee. The clerk is directed to enter judgment in accord with this disposition.

No costs.

It is so ORDERED.

Charles F. Lettow
Judge

7014 1200 0000 9093 6866